UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------X

RAVEENDRAN NARAYANAN,

        Plaintiff,

-against-

THE CITY OF NEW YORK; FJC SECURITY SERVICES, INC.,

        Defendants.

-----------------------------------------X

CIVIL JUDGMENT
06-CV-5670 (JG)

Pursuant to the order issued January 9, 2007 by the undersigned dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

                  s/John Gleeson
                  _____
                  JOHN GLEESON, U.S.D.J.

Dated: January 9, 2007
      Brooklyn, New York